IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| APPLEBEE'S RESTAURANTS LLC, a Delaware limited-liability company; APPLEBEE'S FRANCHISOR LLC, a Delaware limited-liability company, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL D. OLANDER SR., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2:17-cv-02650-DDC-JPO |

## JOINT STATUS REPORT

Plaintiffs Applebee's Restaurants LLC and Applebee's Franchisor LLC (collectively, "Plaintiffs") and Defendant Michael D. Olander Sr. ("Defendant"), by and through their undersigned counsel, submit this Joint Status Report pursuant to the Court's order of May 21, 2018.

1. On November 9, 2017, Plaintiffs filed a 134-count Complaint (the "Complaint") asserting claims against Defendant for (i) alleged breaches of 131 franchise agreements, (ii) alleged breaches of certain settlement agreements, and (iii) unjust enrichment.

2. Defendant was served with a copy of the Complaint on November 13, 2017, and, as a result, was originally required to answer or otherwise respond to the Complaint on or before December 4, 2017. In late November 2017, Defendant sought and obtained a formal extension of time to respond to the Complaint to January 18, 2018. On or before January 18, 2018, Defendant sought and obtained a second formal extension of time to respond to the Complaint to February 20, 2018. Then, on February 19, 2018, the parties filed a Joint Motion for 90-Day Stay of Litigation and Deadlines ("Joint Motion") based on the fact that the parties were attempting to

resolve the dispute, including through the potential sale of a substantial number of restaurants. On February 20, 2018, the Court granted the joint motion and directed the parties to file a joint status report on or before May 21, 2018.

3. On May 21, 2018, the parties filed their joint status report advising the Court that a significant number of the restaurants that are the subject of the litigation were being actively marketed for sale, with the expectation that a sale of the restaurants will facilitate a satisfactory resolution of Plaintiff's claims against Defendant Olander on alleged personal guaranties that are the subject of the instant litigation. The parties advised that the marketing process was expected to require at least 45-60 days to evaluate proposals and finalize any transactions. As a result, the parties requested the stay be extended an additional 60 days, up to and including July 20, 2018.

4. On May 21, 2018, based on the parties' joint status report, the Court entered an order extending the stay and ordering the parties to file a joint status report by July 20, 2018.

5. The marketing and sales process referenced above remains ongoing and has taken longer than expected. However, it is expected that the process will conclude and will still facilitate a satisfactory resolution of Plaintiffs' claims against Defendant Olander. Therefore, to accommodate this process and to avoid any waste of the parties' and the Court's resources pending the outcome of the sales process, the parties respectfully request that the stay be extended an additional 45 days, up to and including September 4, 2018,[1] with a further order that the parties file a status report before the expiration of that deadline.

---

[1] The forty-fifth day is technically September 3, 2018, which is Labor Day, and a legal holiday under Fed. R. 6(a)(6).

| | |
|---|---|
| Dated:  July 20, 2018 | **DENTONS US LLP** |
| | |
| | */s/ Brian P. Baggott* |
| | Brian P. Baggott            KS #26364 |
| | Samantha J. Wenger     KS #25322 |
| | 4520 Main Street, Ste. 1100 |
| | Kansas City, MO 64111 |
| | Phone: (816) 460-2400 |
| | Fax: (816) 531-7545 |
| | brian.baggott@dentons.com |
| | samantha.wenger@dentons.com |
| | |
| | **ATTORNEYS FOR PLAINTIFFS** |
| | |
| | and |
| | |
| | **POLSINELLI PC** |
| | |
| | */s/ Amy E. Hatch* |
| | Todd H. Bartels              KS #18148 |
| | Amy E. Hatch                 KS #20521 |
| | 900 W. 48th Place, Suite 900 |
| | Kansas City, MO 64112 |
| | Phone: (816) 753-1000 |
| | Fax: (816) 753-1536 |
| | tbartels@polsinelli.com |
| | ahatch@polsinelli.com |
| | |
| | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2018, a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system and was sent via U.S. Mail, first class, postage prepaid and properly addressed to those requesting such notice.

*/s/ Brian P. Baggott*
Attorney for the Plaintiffs

108619345\V-1